AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

**FILED**

# UNITED STATES DISTRICT COURT
for the
Northern District of California

APR 19 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| United States of America | ) | |
| v. | ) | Case No. 16-mj-70485 MAG |
| Lawrence McLemore | ) | |
| | ) | Charging District: Eastern District of Arkansas |
| _Defendant_ | ) | Charging District's Case No. 16-CR-00006 JLH |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Richard Sheppard Arnold, United States Courthouse 600 West Capitol Avenue Little Rock, AR 72201 | Courtroom No.: 1C |
| | Date and Time: 5/26/2016 10:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 4 19.16

_Judge's signature_

Paul S. Grewal, U.S. Magistrate Judge
_Printed name and title_